**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 10-74-P-H |
| | ) | |
| TREZJUAN THOMPSON, | ) | |
| DEFENDANT | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On October 31, 2010, the United States Magistrate Judge filed with the court, with copies to counsel, his Amended Recommended Decision on Motion to Suppress.

The defendant filed his objection to the Recommended Decision on January 14, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to suppress is **DENIED**.

By February 7, 2011, the parties shall **SHOW CAUSE** why footnote 3 of the Amended Report and Recommendation needs to remain sealed.

**SO ORDERED.**

**DATED THIS 31ST DAY OF JANUARY, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**